**EXHIBIT A**

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Jesse Meyer, on his own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | No. 11-cv-01008-AJB-RBB<br><br>Hon. Anthony J. Battaglia<br><br>**DECLARATION OF DAVID C. PARISI**<br><br>Date:      June 23, 2011<br>Time:     1:30 p.m.<br>Location: Courtroom 12, Second Floor<br>               Edward J. Schwartz Courthouse<br>               940 Front Street<br>               San Diego, California 92101-8900 |

1.     My name is David C. Parisi. I am an attorney at law licensed to practice before all of the courts of the State of California. I am counsel of record for Plaintiff Jesse Meyer ("Meyer"), and have personal knowledge of all of the facts set forth in this declaration.

2.     On April 1, 2011, PRA produced a document to Meyer labeled as PRAJM0001300 (the "First List"). The First List consists of a list of 613,797 telephone numbers. (Meyer's number is the 491,446th telephone number listed in the Document.) Through a series of emails dated April 12, April 15, and April 18, PRA's counsel confirmed that the telephone numbers listed in the Document are (1) cellular telephone numbers with a California area code;

(2) which PRA obtained via skip-tracing; and (3) which PRA called between January 1, 2007 to March 31, 2011.

3. On May 18, 2011, PRA produced a document to Meyer labeled as PRAJM0001536 (the "Second List"). The Second List consists of a list of 567,140 telephone numbers. PRA's counsel has indicated that the telephone numbers listed in the Document are (1) cellular telephone numbers with a California area code; (2) which PRA obtained via skip-tracing; and (3) which PRA called between January 1, 2007 through January 31, 2011.

4. By comparing the First List and the Second List, it is apparent that PRA called 46,657 cellular telephone numbers with a California area code, which PRA obtained via skip-tracing, between February 1, 2011 and March 31, 2011.

5. Meyer has redacted certain portions of his telephone bills that were produced to PRA in order to protect his privacy interests and the privacy interests of third parties. Meyer has redacted: (1) calls Meyer has made to and/or received from persons other than PRA and (2) portions of his telephone bills relating to other subscribers' use of the cellular service "family plan" which Meyer uses. Among other good faith efforts to resolve this dispute, Meyer's counsel has offered to PRA's counsel via emails dated May 27, 2011 and June 2, 2011 to produce unredacted versions of these bills to the Court for *in camera* review to assist in the resolution of the dispute. (Meyer notes that PRA filed its Opposition brief on May 31, 2011.)

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 7, 2011        s/David C. Parisi
                                           David C. Parisi

Parisi Declaration        No. 11-cv-01008-AJB-RBB